UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE MAYES

    Plaintiff,

-vs-                                      CASE NO.:  1:21-CV-00276-WMR-JSA

EXPERIAN INFORMATION
SOLUTIONS, INC., COLLECTO,
INC., d/b/a EOS CCA, SEQUIUM
ASSET SOLUTIONS, LLC
                                /

### NOTICE OF SETTLEMENT PENDING AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Willie Mayes ("Plaintiff"), by and through the undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, Experian Information Solutions, Inc. ("Experian"), have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, Plaintiff and Experian will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

Michael F. Stoer, JONES DAY, 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309 (mstoer@jonesday.com), Julia C. Glasgow and Jeremy D. Stallman, Gordon, Rees, Scully, Mansukhani, LLP, 55 Ivan Allen Junior Boulevard Northwest, Suite 750, Atlanta, Georgia 30308 (jglasgow@grsm.com and jstallman@grsm.con); Johnathan K. Aust and John H. Bedard Jr., Bedard Law Group, P.C., 4855 River Green Parkway, Suite 310, Duluth, Georgia 30096 (jaust@bedardlawgroup.com and jbedard@bedardlawgroup.com); and Eugene X. Martin, IV, Malone Frost Martin, PLLC, 8750 N. Central Expressway, Suite 1850, Dallas, TX 75231 (xmartin@mamlaw.com).

*/s/ Octavio "Tav" Gomez, Esquire*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 559-4845
TGomez@ForThePeople.com
JDerry@ForThePeople.com
JKneeland@ForThePeople.com
EShillinglaw@ForThePeople.com
*Attorney for Plaintiff*